Mary Jo O'Neill, AZ Bar No. 005924
James P. Driscoll-MacEachron, AZ Bar No. 027828
Gina E. Carrillo, AZ Bar No. 030579
Wasan Awad, AZ Bar No. 025352
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION, Phoenix District Office**
3300 North Central Ave., Suite 690
Telephone: (602) 640-5012
Email: mary.oneill@eeoc.gov
  james.driscoll-maceachron@eeoc.gov
  gina.carrillo@eeoc.gov
  wasan.awad@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Misty L. Leslie, AZ Bar No. 021187
**LITTLER MENDELSON, P.C.**
2425 East Camelback Rd., Suite 900
Telephone: (602) 474-3600
Email: mleslie@littler.com

Attorneys for Defendant
TRAFFICADE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>  Plaintiff,<br><br>  vs.<br><br>Trafficade Services, Inc.,<br><br>  Defendant. | Case No. 2:20-cv-01545-GMS<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

-1-

Plaintiff EEOC and Defendant Trafficade Services, Inc. jointly move this Court to enter and approve the Consent Decree that has been lodged on this date. The parties stipulate that this Consent Decree is fair, reasonable, and equitable and does not violate the law or public policy

RESPECTFULLY SUBMITTED this 21st day of October, 2020

MARY JO O'NEILL
Regional Attorney

JAMES DRISCOLL-MACEACHRON
Supervising Trial Attorney

*/s/ Gina E. Carrillo*
GINA E. CARRILLO
Trial Attorney

WASAN AWAD
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff

*/s/ Misty L. Leslie (with permission)*
Misty L. Leslie

Littler Mendelson, P.C.
2425 East Camelback Road, Ste. 900
Phoenix, Arizona 85016

Attorney for Defendant