IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Equal Employment Opportunity Commission,

        Plaintiff,

vs.

Trafficade Services, Inc.,

        Defendant.

Case No. 2:20-cv-01545-GMS

**CONSENT DECREE**

## I. RECITALS

**1.** This matter was instituted by Plaintiff, Equal Employment Opportunity Commission, an agency of the United States government, alleging that Defendant Trafficade Services, Inc. violated Title VII of the Civil Rights Act of 1964, as amended by subjecting Charging Parties Manuel Uribe Rodriguez and Pedro Gastelum to a hostile work environment based on national origin and retaliated against them because they opposed the hostile work environment.

**2.** Trafficade denies every allegation asserted in the EEOC's Complaint and nothing in this Consent Decree or any other affiliated document constitutes an admission of liability by Trafficade.

**3.** The EEOC and Trafficade, desiring to settle this action by an appropriate Decree, agree to the jurisdiction of this Court over the Parties to the Decree and the subject matter of this action, and they agree to the power of this Court to enter a Consent Decree enforceable against Trafficade.

**4.** This Decree is final and binding upon the Parties to the Decree and all successors and assigns. As to the issues resolved, the EEOC and Trafficade jointly request this Court to adjudge as follows:

THEREFORE, upon the consent of the Parties to the Decree, and upon review by the Court of these terms, it is ORDERED, ADJUDGED, and DECREED that the following terms are approved as set forth herein:

## II.  JURISDICTION

**5.** The EEOC and Trafficade stipulate to the jurisdiction of the Court over the Parties to the Decree and subject matter of this action and have waived the entry of findings of fact and conclusions of law.

## III. TERM

**6.** The Term of this Decree and all obligations hereunder shall be two (2) years from the date that the Court signs this Decree. During the term of the Decree, this Court shall retain jurisdiction of this cause for purposes of compliance and any disputes that may arise hereunder.

## IV. ISSUES RESOLVED

**7.** This Decree fully and completely resolves all issues, claims, and allegations the EEOC raised against Trafficade in the above-captioned lawsuit and constitutes full and complete resolution of all of the Commission's claims of unlawful employment practices under Title VII that arise from the letters of determination the EEOC issued for Charge of Discrimination Numbers 540-2017-01340, 540-2017-01364, 540-2018-00177, and 540-2018-00839, which were filed by Manuel Uribe Rodriguez and Pedro Gastelum.

**8.** The terms of this Decree shall be binding upon the present and future directors, officers, managers, agents, successors, and assigns of Trafficade. During the term of this Decree, Trafficade and any successors of Trafficade shall provide a copy of this Decree to any organization or person who proposes to acquire or merge with Trafficade during the term of this Decree as well as to any successor of Trafficade, prior to the effectiveness of any such asset sale, acquisition, or merger. This paragraph shall not be deemed to limit any remedies available in the event of any finding by the Court regarding violation of this Decree.

## V.  MONETARY RELIEF

**9.** Judgment is hereby entered in favor of the Commission and against Trafficade, in the amount of $82,390.15.

**10.** Trafficade will not condition the receipt of monetary relief upon Mr. Uribe Rodriguez and Mr. Gastelum's agreement to: (a) maintain as confidential the facts and/or allegations underlying the complaint and the terms of this Decree; (b) waive their statutory rights to file a charge with any governmental agency; (c) refrain from reapplying for a job with Trafficade; or (d) agree to a non-disparagement and/or confidentiality agreement.

**11.** To resolve these claims, and in satisfaction of the monetary judgment set forth in Paragraph 8, Trafficade shall pay Mr. Uribe Rodriguez $12,500 in backpay and $30,000 in compensatory damages.

**12.** To resolve these claims, and in satisfaction of the monetary judgment set forth in Paragraph 8, Trafficade shall pay Mr. Gastelum $9,890.15 in backpay and $30,000 in compensatory damages.

**13.** Trafficade shall be responsible for paying the employer and employee share of payroll taxes for backpay. The compensatory damages payment shall be reported on IRS Form 1099 and shall not be subject to withholdings. By January 31, 2021, Trafficade shall issue Mr. Uribe Rodriguez and Mr. Gastelum a United States Internal Revenue Service Form W-2 for all payments designated as backpay and United States Internal Revenue Service Form 1099 for all payments designated as compensatory damages. The compensatory damages award will be designated in box 3 on the 1099 form.

**14.** No later than ten (10) business days after the later of: the EEOC providing a physical address to which Trafficade is to mail payment and the Court entering this Decree, Trafficade shall mail, postage prepaid, payment to Mr. Uribe Rodriguez and Mr. Gastelum at the addresses provided by the EEOC. All payments must be made by certified check, cashier's check, or money order.

**15.** Within five (5) business days after the payment is sent, Trafficade shall submit confirmation of the payments issued to the EEOC.

## VI. OTHER INDIVIDUAL RELIEF

16. Within ten (10) calendar days after the date the Court signs this Decree, Trafficade shall expunge and remove from Charging Parties' personnel files any and all references to the Charging Parties' respective termination, charges of discrimination and conciliation.

17. Within ten (10) calendar days after the date the Court signs this Decree, Trafficade will provide Mr. Uribe Rodriguez and Mr. Gastelum a neutral letter of reference in the form attached as Attachment A.

18. Within ten (10) calendar days after the date the Court signs this Decree, Trafficade will give Mr. Uribe Rodriguez and Mr. Gastelum a letter of regret on company letterhead in the form attached as Attachment B. This letter will be signed by the CEO and by Jack Dodd.

19. Trafficade will respond to any requests for employment references for Mr. Uribe Rodriguez and Mr. Gastelum by providing employment verification inquiries which will reflect a voluntary separation and confirm dates of employment and rate of pay.

## VII. EQUITABLE RELIEF

*A.   Injunctive Relief*

21. Trafficade, its owners, successors, officers, management, including supervisory and lead employees and human resources personnel, are hereby enjoined from engaging in any employment practice which discriminates on the basis of national origin, such as harassment based on national origin and subjecting employees to disparate treatment because of their national origin.

22. Trafficade, its officers, successors, management, including supervisory and lead employees, are hereby enjoined from engaging in reprisal or retaliation of any kind against any person because of such person's opposition to any practice made unlawful under Title VII. Trafficade shall not retaliate against a person because that person makes an internal complaint of discrimination, files or causes to be filed a charge of discrimination with the EEOC or any other agency charged with the investigation of

employment discrimination complaints, or makes a statement that serves as the basis of a charge of discrimination, or testifies or participates in the investigation of a charge of discrimination or lawsuit alleging a violation of Title VII. Trafficade shall not retaliate in any manner against individuals identified as witnesses in this action or who assisted in the investigation giving rise to this action.

### B.     *EEO Policy Review*

23.     Within sixty (60) days after the date the Court signs this Decree, Trafficade shall, in consultation with an outside consultant and/or legal counsel experienced in the area of employment discrimination law ("Consultant"), review and, if necessary, revise its EEO policies, including policies related to harassment based on national origin to conform with the law, and assure its EEO policies include, at a minimum:

   **a.** A strong and clear commitment to preventing unlawful national origin discrimination;

   **b.** A clear and complete definition of discrimination based on national origin;

   **c.** A statement that discrimination based on national origin is prohibited and will not be tolerated;

   **d.** A clear and strong encouragement of persons who believe that they have been subjected to discrimination based on national origin to report their concerns;

   **e.** The identification of specific individuals, with telephone numbers and email addresses, to whom employees can report concerns about discrimination based on national origin;

   **f.** A clear explanation of the steps an employee can take to report discrimination based on national origin which must include the options of either an oral or written complaint;

   **g.** An assurance that Trafficade will investigate allegations of any activity that might be construed as unlawful discrimination based on national origin; and that such investigation will be prompt, fair, and reasonable, and conducted by a neutral investigator specifically trained in receiving, processing, and

investigating allegations of discrimination based on national origin;

    **h.** An assurance that Trafficade will take reasonable remedial measures, as necessary, to assure the absence of unlawful conduct within its workforce;

    **i.** A description of the consequences, up to and including termination, that will be imposed upon violators of Trafficade's policies against discrimination based on national origin;

    **j.** A promise of maximum feasible confidentiality for persons who report unlawful discrimination based on national origin, or who participate in an investigation into allegations of discrimination based on national origin; and

    **k.** An assurance of non-retaliation for persons who report activity that might be construed as unlawful discrimination based on national origin, and for witnesses who provide testimony or other assistance in the investigation(s) of such alleged discrimination.

**24.** Within thirty (30) days after completion of the policy review and revision under Paragraph 23 above, Trafficade's written EEO policies shall be posted in a prominent location frequented by employees, at each of Trafficade's facilities, included in any employee handbook, and distributed to each current employee, in both English and Spanish. The written EEO policies shall also be distributed to all new employees within five (5) business days of their respective start dates.

*C. Training*

**25.** Trafficade shall train all of its personnel on Title VII's prohibition on discrimination, including discrimination based on national origin. All training under this Paragraph shall be at Trafficade's selection and expense. Training shall be by an outside vendor with experience in the federal laws prohibiting discrimination based on national origin. The training will be provided in English and Spanish. The training will be conducted as follows:

    **a. Non-managerial Employees:** Each year for the duration of this Decree, Trafficade will provide non-managerial employees at least 2 hours of

training on the areas described above, their protections against discrimination, and methods for making complaints of discrimination. The training should also emphasize that every employee should report any behavior he or she witnesses that the employee believes to be discriminatory, regardless of who is engaged in the behavior and at whom the behavior is directed.

b. **Supervisory and Managerial Employees:** Each year for the duration of this Decree, Trafficade will provide all employees who work in a managerial or supervisory capacity at least 3 hours of training on Title VII and other federal anti-discrimination laws. At least 25% of the annual training must directly address discrimination based on national origin. The training must also cover proper methods for receiving, handling, and investigating (where applicable) complaints of discrimination. Training sessions, with managerial and supervisorial employees must emphasize that, due to their positions of power, such employees, (a) must be particularly vigilant not to discriminate; (b) must be sensitive of how their actions or words might be perceived by subordinate employees; and (c) must avoid the temptation to retaliate against an employee because a complaint is made or might be made against them.

c. **New Hires and Promoted Employees:** Trafficade will require employees who are newly hired or recently promoted into a managerial or supervisory position to complete the requisite number of training hours set forth in this Section within thirty (30) days of being hired or promoted.

d. **HR Personnel**: Trafficade will provide all of its Human Resources Personnel with at least one session of 3 hours of training on all federal employment discrimination laws, with a focus on how to investigate and otherwise handle complaints of discrimination and retaliation. This training is in addition to any annual trainings required under Paragraphs 25(a) and (b).

    **e. Live Training:** Training in accordance with this Paragraph 25 provided to Shoring Division employees and management personnel, and all executive level management personnel located in Phoenix, Arizona, must be live. Training provided to all other employees and management personnel may be live or interactive format and may utilize recordings of live training provided under this Paragraph.

    **f.** An agenda for the training, training materials, and the resumes relating to the presenters, will be provided to the EEOC thirty (30) days before each training session. Trafficade may provide a comprehensive schedule of trainings planned for the year if such is more convenient but must supplement any changes for the training within thirty (30) days prior to each affected training session.

    **g.** Trafficade agrees that the first such training session will take place within sixty (60) days after the Court's entry of this Decree. Trafficade agrees that all of its personnel shall both register and attend the training sessions. Where an employee is unable to attend the scheduled training, Trafficade shall provide a live or pre-recorded training at an alternative session covering the same issues set forth above within ten (10) days of the original training date or the employee's ability to attend such training, whichever is earlier.

**26.** The Commission, at its discretion, may designate one or more Commission representatives to attend any of the training sessions described above, and the Commission representatives shall have the right to attend, observe, and fully participate in all of the sessions.

*D. Posting to Employees*

**27.** Trafficade shall post and cause to remain posted the posters required to be displayed in the workplace by EEOC regulation 29 C.F.R. § 1601.30 in all of its facilities.

**28.** Within ten (10) business days after the Court's entry of this Decree, Trafficade shall post in each of its facilities, in a conspicuous place frequented by

employees, the Notice attached as Attachment C to this Decree. Trafficade will post both an English and Spanish version of the Notice. The Notice shall remain posted for the duration of this Decree. If the Notice becomes defaced or illegible, Trafficade will replace it with a clean copy. Trafficade shall certify to the Commission, in writing, within fifteen (15) days of entry of this Decree that the Notice has been properly posted and shall provide recertification in each of the semi-annual reports required under the Reporting provisions of this Decree.

## VIII. RECORDKEEPING AND REPORTING

29. For the duration of this Decree, Trafficade shall maintain all records concerning implementation of this Decree, including, but not limited to, the following:

   **a.** Personnel files;

   **b.** Payroll records, including but not limited to starting pay, raises, dates, and reasons reflecting these changes;

   **c.** Work schedules;

   **d.** Records reflecting all oral and written complaints of discrimination, including but not limited to discrimination based on national origin and all of the records documenting the investigation of such complaints, including applicable witness statements, documents compiled during the investigation, any conclusions and findings, and any corrective remedial actions taken; and

   **e.** Records reflecting the public placement of the postings of the EEO and Title VII policies, as expressed in Paragraphs 27 and 28.

30. Trafficade shall also comply with all recordkeeping obligations under the laws prohibiting discrimination.

31. Within sixty (60) days after the court enters this degree, Trafficade will certify compliance with Section VI, Other Individual Relief.

32. Trafficade shall provide annual reports for each twelve (12) month period following the entry of this Decree. The reports shall be due thirty (30) calendar days following the respective twelve-month period, except the final report which shall be

submitted to the Commission six (6) weeks prior to the date on which the Decree is to expire.

Each report required under this Paragraph shall provide the following information:

    **a. Complaints of Discrimination Based on National Origin**

        The report shall include the following information for each complaint of discrimination based on national origin in the reporting period:

            1. The name, address, email address, and telephone number of each person making a complaint of discrimination to Trafficade or to any federal, state, or local government agency;

            2. The name, address, email address, and telephone number of each person identified as a potential witness and/or victim to the incident of discrimination;

            3. A brief summary of each complaint, including the date of the complaint, the name of the individual(s) who allegedly engaged in the discrimination, Trafficade's investigation and response to the complaint, the name of the person who investigated or responded to the complaint, and what, if any resolution was reached; and

            4. Copies of all documents memorializing or referring to the complaint, investigation, and/or resolution thereof.

            5. For purposes of this Paragraph, the term "complaint of discrimination based on national origin" includes any written or verbal complaint which alleges discrimination based on national origin, even if the complainant does not use legal or technical terminology.

    **b. Training**

        The report shall include the following information for each training program required under this Decree conducted during the reporting period:

      1. A registry of attendance and/or certificates of completion;

      2. The identity and contact information of the consultant and/or vendor who provided the training; and

      3. A copy of the program agenda and any written materials provided during the training and/or any PowerPoint presentations used.

   **c. Posting of Notice**

Each report shall recertify to the Commission that the Notice required to be posted under this Consent Decree has remained posted during the reporting period, or, if removed, was promptly replaced.

   **d. Recordkeeping**

Each report shall report on the creation and/or revision of any recordkeeping policies or practices required by this Decree, as required above.

### IX.  RETENTION OF JURISDICTION AND ENFORCEMENT OF DECREE

**33.** This Court shall retain jurisdiction of this cause for purposes of compliance with this Decree and entry of such further orders or modifications as may be necessary or appropriate to effectuate equal employment opportunities for employees.

**34.** There is no private right of action to enforce the Commission's obligations under the Decree, and only the Commission, or its successors or assigns, may enforce Trafficade's obligations under the Decree.

**35.** If the EEOC believes Trafficade has failed to comply with any provision of this Consent Decree, the Commission may petition this Court for compliance with this Decree at any time during which this Court maintains jurisdiction over this action. Prior to initiating such action, the EEOC will notify Trafficade and its legal counsel of record, in writing, of the nature of the dispute. The notice shall specify the particular provision(s) that the EEOC believes Trafficade has violated or breached. Trafficade shall have twenty-one (21) days from receipt of the written notice to attempt to resolve or cure the alleged breach. The Parties may agree to extend the period to address the EEOC's concerns.

**36.**     The Parties will cooperate with each other and use their best efforts to resolve any dispute referenced in the EEOC notice.

**37.**     After thirty (30) days, inclusive of the twenty-one (21) days to resolve or cure the breach, if the Parties have reached no resolution or agreement to extend the time further, the EEOC may apply to the Court for appropriate relief. The dispute resolution proceedings herein do not apply to those cases where the EEOC has determined the need to seek immediate injunctive or other extraordinary relief.

## X.  EEOC AUTHORITY

**38.**     With respect to matters or charges outside the scope of this Decree, this Decree shall in no way limit the powers of the Commission to seek to eliminate employment practices or acts made unlawful by any of the statutes over which the EEOC has enforcement authority, and do not arise out of the claims asserted in this lawsuit.

**39.**     The EEOC may review Trafficade's compliance with the aforementioned provisions of this Decree during the term of this Decree upon written notice to Trafficade's attorney of record at least ten (10) business days in advance of any inspection of Trafficade's documents or premises. Upon such notice, Trafficade shall allow representatives of the EEOC to review its compliance with this Decree by inspecting and photocopying relevant, non-privileged documents and records, interviewing employees and management officials on its premises, and inspecting its premises.  Such notice must be provided to Trafficade and its attorney of record.

## XI.  COSTS AND ATTORNEY'S FEES

**40.**     Each party shall be responsible for and shall pay its own costs and attorney's fees.

## XII.  NOTICE

**41.**     Unless otherwise indicated, any notice, report, or communication required under the provisions of this Decree shall be sent by certified mail, postage prepaid, as follows:

Mary Jo O'Neill
Regional Attorney
EEOC Phoenix District Office
3300 N. Central Ave., Ste. 690
Phoenix, AZ 85012

## XIII.  SIGNATURES

**42.**    The Parties to this Decree agree to the entry of this Decree subject to final approval by the Court.

Dated this 27th day of October, 2020.

_____
G. Murray Snow
Chief United States District Judge

BY CONSENT:

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Trafficade Services, Inc. |
|---|---|
| By: _Mary Jo O'Neill_<br>Mary Jo O'Neill<br>Regional Attorney | By: _Dennis Johnson_<br>Dennis Johnson<br>President |
| Date: October 21, 2020 | Date: 10/21/2020 |

APPROVED AS TO FORM:

_____       _____
Gina Carrillo                                               Misty Leslie
Trial Attorney                                          Littler Mendelson P.C.
EEOC Phoenix District Office              2425 East Camelback Road, St. 900
3300 N. Central Ave., Ste. 690           Phoenix, AZ 85016
Phoenix, AZ 85012

Attorney for Plaintiff EEOC                Attorney for Defendant,
                                                             Trafficade Services, Inc.

# ATTACHMENT A

## LETTER OF REFERENCE

To Whom It May Concern:

[Insert name] was employed with Trafficade Services, Inc. from [insert date] until [insert date]. During this time [name] held the position of yard worker/general laborer. Mr. [insert name] is eligible for rehire with Trafficade.

Signed: _____
                [insert name]

# ATTACHMENT B

# **LETTER OF REGRET**

Dear Mr. _____,

On behalf of Trafficade, we deeply regret that the work environment in the Shoring Division made you feel that you were subjected to unfair treatment based on your national origin. This was an unfortunate incident and we will make sure that in the future our work force is treated with respect. We will also make sure that, when an employee complains about any type of harassment, their complaints will be taken seriously, investigated properly, and they will be protected from retaliation.

Signed:     _____
             [insert name], CEO


             _____
             Jack Dodd, [current title]

# ATTACHMENT C

## NOTICE TO EMPLOYEES

The following notice is posted as part of a Consent Decree resolving the lawsuit, *EEOC v. Trafficade Services, Inc.*, filed in the United States District Court for the District of Arizona, Civil Action No. 2:20-cv-01545-GMS. The United States Equal Employment Opportunity Commission alleged that Trafficade Services, Inc. violated Title VII by subjecting employees to harassment because of national origin and retaliation.

Management wishes to emphasize the importance of providing equal employment opportunity in all of its operations and in all areas of employment. Trafficade Services, Inc. will ensure that there will be no national origin discrimination or retaliation against any employee. Trafficade Services, Inc. will also ensure that there will be no discrimination against any employee or applicant because of race, religion, sex, pregnancy, disability, or age.

Any employee who believes that he/she has suffered discrimination on the basis of disability, age, race, color, religion, sex, pregnancy, national origin, or retaliation has the right to contact the EEOC directly at (602) 661-0002 or at 3300 N. Central Ave Ste. 690, Phoenix, AZ 85012. No one at Trafficade Services, Inc. will retaliate against an employee who makes an internal complaint of discrimination or who contacts the EEOC or the Arizona Civil Rights Division.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**.
This Notice shall remain posted for the term of 2 years.


By:_____   _____
                                        Date